UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BERNARD HAMILTON,<br><br>    Plaintiff,<br><br>v.<br><br>G. THOMSON, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-00648 CW<br><br>NOTICE AND ORDER RESETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for 1:00 p.m. on August 18, 2010 at San Quentin State Prison. The July 7, 2010 settlement conference is VACATED.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

Confidential settlement conference statements shall be mailed or emailed to (NJVpo@cand.uscourts.gov) and received by chambers no later than two weeks prior to the settlement conference.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference

IT IS SO ORDERED.

Dated: June 29, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hamilton | No. C 09-00648 CW |
| v. | CERTIFICATE OF SERVICE |
| Thomson et al. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Bernard Hamilton**
C-27300
San Quentin State Prison
San Quentin, CA 94964

RICHARD W. WIEKING, CLERK

By:/s/_____
　　　Deputy Clerk