IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>G. THOMPSON, et al.,<br><br>    Defendants._____/ | No. C 09-0648 CW (PR)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR A SECOND EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

    Defendants request a second extension of time to file a dispositive motion.

    Having read and considered Defendants' request and the accompanying declaration of counsel, Plaintiff's opposition as well as Defendants' reply to the opposition, and good cause appearing,

    IT IS HEREBY ORDERED that Defendants' request for a second extension of time to file a dispositive motion is GRANTED.

    Accordingly, Defendants' dispositive motion must be filed no later than December 30, 2010.  Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than sixty (60) days after the date Defendants' motion is filed.  If Defendants wish to file a reply brief, they shall do so no later than fifteen (15) days after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 32.

    IT IS SO ORDERED.

Dated: 10/29/2010

                                           CLAUDIA WILKEN<br>                                           UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BERNARD HAMILTON,

        Plaintiff,

  v.

G. THOMSON et al,

        Defendant.

Case Number: CV09-00648 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernard Hamilton C-27300
San Quentin State Prison
San Quentin, CA 94964

Dated: October 29, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk