United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER ADAMIK, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-06268 CW (PR) |
| BERNARD HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>G. THOMPSON, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-00648 CW (PR)<br><br>ORDER DENYING WITHOUT PREJUDICE ALL PENDING MOTIONS IN C 09-00648; DIRECTING CLERK TO CLOSE C 09-00648 AND FILE ALL DOCUMENTS FROM THAT CASE IN C 06-06268; GRANTING RECONSIDERATION AND REOPENING C 06-06268; REFERRING TO MAGISTRATE JUDGE VADAS FOR FURTHER PROCEEDINGS |

    In 2006, Plaintiff, a state prisoner incarcerated at (SQSP), filed <u>Bernard v. Adamik, et al.</u>, C 06-06268 CW (PR), alleging prison officials at SQSP had acted with deliberate indifference to his serious medical needs and retaliated against him because of his attempts to obtain medical care.

    On June 11, 2008, after meeting with Magistrate Judge Nandor Vadas, the parties entered into a settlement agreement comprised of the following terms: "(1) Plaintiff shall be provided a medical chrono allowing him an extra pillow; (2) Plaintiff shall be allowed to possess and use his pulse oximeter as long as it is medically necessary; (3) Plaintiff shall be examined by SQSP doctors for determination on the appropriate treatment of Plaintiff's current medical condition; (4) in exchange for the foregoing, Plaintiff shall dismiss the Complaint with prejudice; (5) Judge Vadas shall

retain jurisdiction to monitor this case until the dismissal is filed." C 06-06268, Docket no. 65. On July 7, 2008, this Court approved the settlement agreement and dismissed the case. Docket no. 66. Since then, Plaintiff has moved for reconsideration of the order of dismissal based on Defendants' failure to comply with the terms of the settlement agreement. Docket nos. 69-72.

In 2009, Plaintiff filed Bernard v. Thompson, et al., C 09-00648 CW (PR), raising claims of deliberate indifference to his serious medical needs, violations of the Americans with Disabilities Act, retaliation and breach of contract based on Defendants' violation of the settlement agreement in Case No. C 06-06268. The parties have filed cross-motions for summary judgment and various other motions. Additionally, Plaintiff has voluntarily withdrawn all claims other than that Defendants are in breach of the settlement agreement and that Defendant N. Grannis, Chief of Inmate Appeals for the California Department of Corrections and Rehabilitation, denied his appeal seeking to obtain the medical care outlined in the settlement agreement in retaliation for Plaintiff having named her as a Defendant in Case No. C 06-06268.

Good cause appearing, and in the interest of the expedient and efficient resolution of Plaintiff's claims, the Court orders as follows:

1. All pending motions in Case C 09-00648 are DENIED without prejudice.

2. The Clerk of the Court shall administratively CLOSE Case No. C 09-00648 and FILE all documents from that case in Case No. C 06-06268.

3. Plaintiff's motion for reconsideration in C 06-06268 is GRANTED. The Clerk shall REOPEN Case No. C 06-06268.

4. That case is hereby REFERRED to Magistrate Judge Vadas for further proceedings to determine whether the settlement agreement has been breached and/or whether further Court action is required to ensure compliance with the terms of the settlement agreement.

Such proceedings shall take place within one-hundred-twenty days of the date of this Order, or as soon thereafter as is convenient to the Magistrate Judge's calendar.  Within ten days after the conclusion of the proceedings, Magistrate Judge Vadas shall file with the Court a report of the result of the proceedings and his recommendations.

The Clerk shall provide a copy of this Order to Magistrate Judge Vadas.

This Order terminates Docket nos. 74, 76, 79 and 81 in Case C 09-00648.

IT IS SO ORDERED.

Dated: 3/26/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE