J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
N. GRANNIS and E. TOOTELL, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BERNARD LEE HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>G. THOMSON, et al.,<br><br>Defendants. | Case No.: 4:09-cv-00648-CW  (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION<br><br>Hon. Claudia Wilken |

Good cause appearing, the motion of Defendants of N. Grannis and E. Tootell for an extension of the deadline to file a motion for summary judgment or other dispositive motion is GRANTED.

Defendants N. Grannis and E. Tootell shall file and serve a motion for summary judgment or other dispositive motion no later than thirty (30) days from the date that this Order is filed. At the time of filing the motion for summary judgment or other dispositive motion, Defendants shall comply with the Ninth Circuit's decisions in *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012) and *Stratton v. Buck*, 697 F.3d 1004 (9th Cir. 2012) and provide Plaintiff with notice of what is required of him to oppose a summary judgment motion or motion to dismiss for failure to exhaust

1

1  administrative remedies.

2      Plaintiff's opposition thereto shall be filed with the Court and served on Defendants no later
3  than twenty-eight (28) days of the date the summary judgment or other dispositive motion is filed.
4  Before filing his opposition, Plaintiff is advised to read the notice that will be provided to him by
5  Defendants when the motion is filed, and Rule 56 of the Federal Rules of Civil Procedure and
6  *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986), as well as the notice provided in this Court's Order
7  Denying Plaintiff's Motion for Reconsideration (Docket No. 211).

8      Defendants shall file a reply brief no later than fourteen (14) days after the date that
9  Plaintiff's opposition is filed.

10      IT IS SO ORDERED.

11  Dated: _____7/22/2013_____        _____
12                                                                     CLAUDIA WILKEN
                                                                   United States District Judge

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION