IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD HAMILTON,

    Plaintiff,

  v.

G. THOMSON, et al.,

    Defendants.

Case No.: C 09-0648 CW (PR)

JUDGMENT

For the reasons stated in the Order Denying Motion to Dismiss and Granting Motion for Summary Judgment, judgment is entered in favor of Defendants and against Plaintiff. The parties shall bear their own costs of suit.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 2/7/2014

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE